## A90A1838. THE STATE v. JONES.
### (398 SE2d 865)

BANKE, Presiding Judge.

The state brings this appeal from an order granting the defendant's motion for a directed verdict of acquittal in a prosecution for selling cocaine. "The government cannot appeal such a directed verdict of acquittal, even if it is erroneously granted." *State v. Williams*, 246 Ga. 788, 789 (272 SE2d 725) (1980). The appeal is therefore dismissed.

*Appeal dismissed. Birdsong and Cooper, JJ., concur.*

DECIDED OCTOBER 22, 1990.

*Joseph H. Briley, District Attorney, James L. Cline, Jr., Assistant District Attorney*, for appellant.

*H. Samuel Atkins, Jr.*, for appellee.